THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN F. RINDT,<br><br>    Defendant. | Case No.: CR17-5553RJB<br><br>ORDER CONTINUING TRIAL PURSUANT TO 18 U.S.C. §§ 3161(h)(7)(B)(iv), (h)(l)(D), and (h)(7)(A); AND EXTENDING MOTIONS CUTOFF DATE |

Before this Court is the defendant's motion for continuance of the trial date, which is presently scheduled for December 10th, 2018, and for an extension of the pretrial motions cutoff date of November 5th, 2018. The government being unopposed to said continuance, the Court finds, after a consideration of all relevant information and the circumstances of this case, that without this continuance the defendant will be prejudiced and the ability to properly prepare for trial would be impaired. Failure to grant a continuance under these circumstances would result in a miscarriage of justice, taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense, to explore resolution of this case before trial, and to ensure continuity of defense counsel. The ends of justice would best be served by the granting of the motion for continuance. The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to

ORDER CONTINUING TRIAL AND EXTENDING
MOTIONS CUTOFF DATE - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405

| | |
|---|---|
| 1 | trial sooner.  For these reasons, the Court finds the defendant's motion for continuance should be |
| 2 | granted. The trial date scheduled for December 10th, 2018 is VACATED.  The trial shall be |
| 3 | RESCHEDULED TO May 20th, 2019 at 9:30 a.m.  The pretrial conference date scheduled for |
| 4 | November 30th, 2018 is VACATED.  The pretrial conference shall be RESCHEDULED TO May |
| 5 | 10th, 2019 at 8:30 a.m.  The pretrial motions cutoff date scheduled for November 5th, 2018 is |
| 6 | VACATED.  The pretrial motions cutoff date shall be RESCHEDULED TO April 18th, 2019. |

Any and all period of delay resulting from the granting of this continuance, from the date of the filing of the defendant's motion until the date of the rescheduled trial, shall be excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv), (h)(l)(D), and (h)(7)(A).

IT IS SO ORDERED.

DONE IN OPEN COURT this 5th day of October, 2019.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER CONTINUING TRIAL AND EXTENDING
MOTIONS CUTOFF DATE - 2

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405